IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:21CR3054 |
| vs. | ORDER |
| ENRIQUE STEVEN ABARCA, | |
| Defendant. | |

Defendant has moved to continue the trial, (Filing No. 39), because Defendant needs additional time to investigate this case and prepare for trial. Although the motion to continue is unopposed, based on the documents of record, the court finds the motion should be denied. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue, (Filing No. 39), is denied.

2) The trial of this case remains set to commence before the Honorable John M. Gerrard, United States District Judge, in Courtroom 1, 100 Centennial Mall North, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on September 27, 2021, or as soon thereafter as the case may be called, for a duration of four (4) trial days.

September 16, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge