IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ENRIQUE STEVEN ABARCA,<br><br>Defendant. | 4:21-CR-3054<br><br>ORDER |

A motion to vacate under 28 U.S.C. § 2255 must "be signed under penalty of perjury by the movant or by a person authorized to sign it for the movant." *See* Rules Governing Section 2255 Proceedings for the United States District Courts R. 2(b)(5). The defendant's is not. *See* filing 116 at 12. Accordingly,

IT IS ORDERED that the defendant's motion to extend (filing 117) is denied without prejudice to reassertion after the defendant has filed a <u>signed</u> motion to vacate. *See* filing 118.

Dated this 10th day of July, 2024.

BY THE COURT:

*/s/ John M. Gerrard*
John M. Gerrard
Senior United States District Judge