IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ENRIQUE STEVEN ABARCA,<br><br>    Defendant. | 4:21-CR-3054<br><br>ORDER |

Subject to the limitations stated in filing 120,

IT IS ORDERED:

1. The defendant's motion to extend (filing 121) is granted.

2. The defendant's motion to vacate (filing 116) will be held in abeyance pending submission of the defendant's memorandum in support.

3. The defendant may submit his memorandum in support on or before September 30, 2024.

4. The Clerk of the Court shall set a case management deadline for September 30, 2024, with the following docket text: Check for memorandum in support of § 2255 motion.

Dated this 9th day of September, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge